*Arthur K. Bolton, Attorney General,* for appellee.

## 28792. DARDEN v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED SEPTEMBER 6, 1974.

Robert J. Darden, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28811. HORTON v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED SEPTEMBER 6, 1974.

Johnny Larry Horton, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28892. GRANT v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED SEPTEMBER 6, 1974.

Eddie Grant, Jr., *pro se.*